# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

AUDRINE THURGOOD,

                Plaintiff,          Case No. 2:11-cv-00102-JCM-PAL

vs.                                    **ORDER**

WAL-MART STORES, INC.,

                Defendant.

This matter is before the court on the parties' failure to file a joint pretrial order pursuant to their stipulation which the court approved in an Order (Dkt. #20) entered December 21, 2011, extending the deadline until January 30, 2012. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., February 26, 2012**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

Dated this 13th day of February, 2012.

                                                  _____
                                                  Peggy A. Leen
                                                  United States Magistrate Judge