# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

AUDRINE THURGOOD,

    Plaintiff(s),

v.

WAL-MART STORES, INC., et al.,

    Defendant(s).

2:11-CV-102 JCM (PAL)

**ORDER**

Presently before the court are the various motions *in limine* filed by the parties as well as the responses. (*See* docs. ## 25-29 & 31-33).

The most recent calendar call for this case occurred on November 28, 2012. At calendar call, the parties represented that a settlement had been reached. That same day, the parties faxed a document to the court stating that a settlement had been reached and the necessary documents to close the case would be forthcoming. In light of the postponed trial date and the settlement, the court finds it appropriate to deny all motions *in limine* as moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that motions *in limine* (docs. ## 25, 26, 27, 28, and 29) be, and the same hereby, are DENIED as moot.

DATED December 11, 2012.

                                                     UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**