ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
BRENDA H. ENTZMINGER, ESQ.
Nevada Bar No. 9800
A. J. SHARP, ESQ.
Nevada Bar No. 11457
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AUDRINE THURGOOD;<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.; DOES 1 through 10; and ROE ENTITIES 11-20, inclusive,<br><br>Defendants. | Case No.: 2:11-cv-00102-JCM (PAL)<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 20th day of December, 2012.   DATED this 20th day of December, 2012.

**RICHARD HARRIS LAW FIRM**                **PHILLIPS, SPALLAS & ANGSTADT**

_____                  _____
Brock K. Ohlson, Esq.                      A. J. Sharp, Esq.
801 South Fourth Street                    504 South Ninth Street
Las Vegas, Nevada 89101                    Las Vegas, Nevada 89101
*Attorneys for Plaintiff*                  *Attorneys for Defendant*
*Audrine Thurgood*                         *Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED December 27, 2012.

_____
U.S. DISTRICT COURT JUDGE